## W. A. MARSHALL, ETC., v. COMMONWEALTH.

**Appeal—Objections and Exceptions—Waiver.**
    In the absence of objection to evidence, or in the absence of exceptions to instructions, any errors contained therein will be deemed to have been waived.

**Appeal—Reversal—Misdemeanor.**
    The Court of Appeals can only reverse a judgment in a misdemeanor case for errors of law appearing in the record and prejudicial to defendant.

### APPEAL FROM OWEN CIRCUIT COURT.

June 13, 1873.

OPINION BY JUDGE PETERS:

No objections were made to any evidence that was offered or heard on the trial, and no exceptions were taken to the instructions given to the jury at the instance of appellee, although therefore there may have been errors in those instructions we must regard them as waived. *Burns v. Commonwealth,* 3 Met. 13; Sec. 275, Crim. Code.

The evidence in our opinion preponderates very decidedly against the verdict, but this court can not reverse the judgment because the court below refused to grant a new trial on that ground. In cases of misdemeanors this court can only reverse a judgment of a lower court for errors of law appearing on the record to the prejudice of the appellant. Sec. 348, Crim. Code.

Wherefore the judgment must be *affirmed*.

*Craddock, for appellant.*

*Attorney-General, for appellee.*